RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Mario Sanchez, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00232-RFB-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| MARIO SANCHEZ, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Mario Sanchez, Jr., that the Sentencing Hearing currently scheduled on June 17, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner June 21, 2021.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the District the week of June 14, 2021, returning to the office June 21, 2021. Defense counsel request the continuance to allow her to appear and argue at the contested sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 7th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Daniel Clarkson*<br>By_____<br>DANIEL CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO SANCHEZ, JR.,<br><br>　　　　Defendant. | Case No. 2:20-cr-00232-RFB-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 17, 2021 at 9:00 a.m., be vacated and continued to  June 24, 2021  at the hour of  1 :00 p .m.

DATED this 8th day of June, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE