RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Mario Sanchez, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00232-RFB-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| MARIO SANCHEZ, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Mario Sanchez, Jr., that the Sentencing Hearing currently scheduled on June 24, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than August 23, 2021.

This Stipulation is entered into for the following reasons:

1. Mr. Sanchez is attempting to resolve the pending detainers in advance of his sentencing in this matter. If unresolved, these detainers could negatively impact Mr. Sanchez's housing placement and access to programs while within the Bureau of Prisons.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 10th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Daniel Clarkson*<br>By_____<br>DANIEL CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIO SANCHEZ, JR.,<br><br>        Defendant. | Case No. 2:20-cr-00232-RFB-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 24, 2021 at 1:00 p.m., be vacated and continued to   August 26, 2021   at the hour of   9 : 00   a.m. by video conference.

DATED this 11th day of June, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3