RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Mario Sanchez, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIO SANCHEZ, JR.,<br><br>  Defendant. | Case No. 2:20-cr-00232-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Mario Sanchez, Jr., that the Sentencing Hearing currently scheduled on August 26, 2021, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel was recently assigned to take over Mr. Sanchez's case and needs additional time to obtain records and prepare for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 19th day of August 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s Katherine Tanaka/*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Daniel Clarkson*<br>DANIEL CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00232-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MARIO SANCHEZ, JR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, August 26, 2021 at 9:00 a.m., be vacated and continued to  October 7, 2021  at the hour of  4 :00   p.m.

DATED this 20th day of August 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3