RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Mario Sanchez, Jr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARIO SANCHEZ, JR.,<br><br>　　　　　　Defendant. | Case No. 2:20-cr-00232-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Mario Sanchez, Jr., that the Revocation Hearing currently scheduled on April 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to meet with Mr. Sanchez and prepare materials for the upcoming revocation hearing.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 29th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIO SANCHEZ, JR.,<br><br>　　　　Defendant. | Case No. 2:20-cr-00232-RFB-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, April 3, 2023 at 1:00 p.m., be vacated and continued to __May 18, 2023__ at the hour of _9_ : _00_ _a_.m.; or to a time and date convenient to the court.

　　DATED this 30th day of March, 2023.

_____
RICHARD F BOULWARE, II
UNITED STATES DISTRICT JUDGE

3